Frank BUTTERINI, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 11, 1960.

A. E. Funk, Jr., Middlesboro, Robert R. R. Boone, Pineville, for appellant.

Jo M. Ferguson, Atty. Gen., Troy D. Savage, Asst. Atty. Gen., James W. Smith, William S. Tribell, Middlesboro, for appellee.

PER CURIAM.

This case is before us on motion for an appeal under Section 348 of the Criminal Code of Practice. The appellant, Frank Butterini, was fined $100 and sentenced to thirty days in jail for selling beer in dry territory.

We have considered the points raised for reversal of the judgment, and, the Court being thus informed, the motion for an appeal is overruled and the judgment is affirmed.

LINCOLN INCOME LIFE INSURANCE COMPANY, Appellant,

v.

Robert THOMPSON, Appellee.

Court of Appeals of Kentucky.

March 11, 1960.

Virgil F. Pryor, McKnight & Pryor, Georgetown, for appellant.

V. A. Bradley, Jr., Bradley & Bradley, Georgetown, for appellee.

PER CURIAM.

This appeal is taken from a judgment granting Thompson a recovery of $740. Motion for appeal was duly made.

Upon examination of the record we find no prejudicial error. The motion for appeal is therefore overruled and the judgment is affirmed.